AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Reclaim the Records et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-01650-JPC |
| United States Department of State ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                                .

Date: 02/28/2023

/s/ Jeffrey F. Kinkle
*Attorney's signature*

Jeffrey F Kinkle (5515077)
*Printed name and bar number*

Beldock Levine & Hoffman LLP
99 Park Avenue, Suite PH/26th Floor
New York, NY 10016
*Address*

jkinkle@blhny.com
*E-mail address*

(212) 277-5883
*Telephone number*

(212) 277-5880
*FAX number*