AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Reclaim the Records et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-01650-JPC |
| United States Department of State | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date:   03/06/2023

/s/ Katherine "Q" Adams
*Attorney's signature*

Katherine Adams (5814975)
*Printed name and bar number*

Beldock Levine & Hoffman LLP
99 Park Avenue, Suite PH/26th Floor
New York, NY 10016
*Address*

qadamsblhny.com
*E-mail address*

(212) 277-5824
*Telephone number*

(212) 277-5880
*FAX number*