UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RECLAIM THE RECORDS and ALEC FERRETTI,

                Plaintiff,

-v-

UNITED STATES DEPARTMENT OF STATE,

                Defendant.

**AFFIDAVIT OF SERVICE**

Index No. 23-CV-1650 (JPC)(VF)

---

    I, Abigail L. Robinson, do hereby state and affirm under penalties of perjury that the following is true and correct:

    I am over 18 years of age and am not a party to this action. On March 21, 2023, I served the below-listed documents upon Defendant UNITED STATES DEPARTMENT OF STATE,

1) Summons to United States Department of State,
2) Complaint with Exhibits A,
3) Civil Cover Sheet,
4) Notice of Appearance of Jeffery F. Kinkle, Esq.
5) Notice of Appearance of Katherine "Q" Adams, Esq.
6) Hon. John P. Cronan's Individual Rules,
7) Hon. Valerie Figueredo's Individual Rules,         and
8) Southern District of New York Electronic Filing Rules.

    Service was made pursuant to F.R.C.P. 4(i)(A(ii), (B), and (C) by mailing copies of the listed documents via the United State Postal Service Certified Mail to:

    A.    ATTN: Civil Process Clerk
           United States Attorney's Office
           Southern District of New York
           1 St. Andrews Plaza
           New York, N.Y. 1007
           USPS Priority and Certified No.: 9402 8091 0515 6516 7909 63

    B.    Attorney General
           U.S. Department of Justice
           950 Pennsylvania Avenue, NW
           Washington, D.C. 20530
           USPS Priority and Certified No.: 9402 8091 0515 6516 7951 42

    C.    United States Department of State c/o

The Executive Office, Office of the Legal Adviser,
Suite 5.600, 600 19th Street NW
Washington DC 20522
USPS Priority and Certified No.: 9402 8091 0515 6516 7991 57

The envelopes containing said documents was duly sealed, affixed with sufficient postage, and deposited into a mail depository within the exclusive custody and control of the United States Postal Service.

Dated:   New York, New York
         March 21, 2023

By: _____
    Abigail L. Robinson

STATE OF NEW YORK   )
                    :ss:
COUNTY OF NEW YORK  )

On this 21 day of March, 2023 before me personally came Abigail L. Robinson, to me known and known to me to be the individual described in and who executed the foregoing instrument, and they acknowledged to me that they executed the same.

_____
NOTARY PUBLIC

[Notary Seal: DEEMA AZIZI, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Richmond County, 02AZ6413287, MY COMMISSION EXPIRES 01/25/2025]


US POSTAGE & FEES PD IMI
03/21/2023
From 10016
0 lbs 10 ozs
Zone 1


Pitney Bowes
CommPrice
028W0002310150
2000258041

## USPS PRIORITY MAIL®

BELDOCK LEVINE & HOFFMAN LLP
99 Park Ave, Fl 26
New York NY 10016-1340

Expected Delivery Date: 03/22/2023

**0005**

**C099**

ATTN: CIVIL PROCESS CLERK
UNITED STATES ATTORNEY'S OFFICE, SDNY
1 SAINT ANDREWS PLZ
NEW YORK NY 10007-1701

### USPS CERTIFIED MAIL

9402 8091 0515 6516 7909 63

UNITED STATES POSTAL SERVICE®


**CERTIFIED MAIL®**
FOR USE ONLY WITH IMpb SHIPPING LABEL

Label 3800-N, January 2014          PSN 7690-17-000-0906




**US POSTAGE & FEES PD** IMI
03/21/2023
From 10016
0 lbs 13 ozs
Zone 3

Pitney Bowes
CommPrice

028W0002310150

2000258041

**USPS PRIORITY MAIL®**

BELDOCK LEVINE & HOFFMAN LLP
99 Park Ave, Fl 26
New York NY 10016-1340

Expected Delivery Date: 03/23/2023

0004

C000

ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

**USPS CERTIFIED MAIL**

9402 8091 0515 6516 7951 42

UNITED STATES POSTAL SERVICE®



**CERTIFIED MAIL®**
FOR USE ONLY WITH IMpb SHIPPING LABEL

Label 3800-N, January 2014          PSN 7690-17-000-0906



**US POSTAGE & FEES PD** IMI
03/21/2023
From 10016
0 lbs 13 ozs
Zone 3



Pitney Bowes
CommPrice

028W0002310150

2000258041

## USPS PRIORITY MAIL®

BELDOCK LEVINE & HOFFMAN LLP
99 Park Ave, Fl 26
New York NY 10016-1340

Expected Delivery Date: 03/23/2023

**0004**

**C090**

UNITED STATES DEPARTMENT OF STATE C/O
THE EXECUTIVE OFFICE, OFFICE OF THE LEGA
600 19TH ST NW, STE 5.600
WASHINGTON DC 20006-5526

### USPS CERTIFIED MAIL

**9402 8091 0515 6516 7991 57**



UNITED STATES POSTAL SERVICE®

**CERTIFIED MAIL®**
FOR USE ONLY WITH IMpb SHIPPING LABEL

Label 3800-N, January 2014     PSN 7690-17-000-0906