AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Reclaim the Records et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   23-cv-01650 |
| United States Department of State | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Department of State                                                      .

Date:      04/19/2023

/s/ Rebecca Salk
*Attorney's signature*

Rebecca Salk
*Printed name and bar number*

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, 3rd Floor
New York, NY 10007

*Address*

Rebecca.Salk@usdoj.gov
*E-mail address*

(212) 637-2614
*Telephone number*

(212) 637-2786
*FAX number*