

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

August 4, 2023

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Reclaim the Records et al., v. U.S. Dep't of State,* 23-cv-01650 (JPC)

Dear Judge Cronan:

      This Office represents the U.S. Department of State (the "Government" or "State Department")) in the above-referenced action brought under the Freedom of Information Act ("FOIA"). We write jointly with Plaintiffs Reclaim the Records and Alec Ferreti ("Plaintiffs") to provide the Court with a status update pursuant to the Court's July 20, 2023, Order. *See* ECF No. 16.

      Despite good faith efforts to resolve this matter without the Court's intervention, the parties have reached an impasse as to the scope of Plaintiffs 'requested search. Accordingly, we propose the following briefing schedule for summary judgment:

- Government's motion for summary judgment: November 1, 2023;
- Plaintiffs' opposition to the Government's motion: December 13, 2023;
- Government's reply to Plaintiff's opposition: January 12, 2024.

.
      The parties' proposed schedule is necessary to accommodate Plaintiffs' counsel's paternity leave, time for new agency counsel at the Department of State to acclimate to this matter, as well as the holidays.

      We thank the Court for its consideration of this letter.

                              Respectfully,

BELDOCK LEVINE &                  DAMIAN WILLIAMS
HOFFMAN LLP                     United States Attorney for the
*Attorney for Plaintiffs*            Southern District of New York

By: /s/ *Jeff Kinkle*
Jeff Kinkle
99 Park Avenue, PH/26th Floor
New York, New York 10016
Tel: (212) 277-5824
Jkinkle@blhny.com

By: /s/ *Rebecca L. Salk*
REBECCA L. SALK
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2614
Rebecca.Salk@usdoj.gov

The request is granted. The Government shall file its motion for summary judgment by November 1, 2023. Plaintiffs shall file their opposition by December 13, 2023, and the Government shall file its reply, if any, by January 12, 2024.

SO ORDERED.

August 7, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge