DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
Attorney for Defendant
By: JOSEPH A. PANTOJA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RECLAIM THE RECORDS and ALEC FERRETTI.,

          Plaintiffs,

  -against-

UNITED STATES DEPARTMENT OF STATE,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

23 Civ. 1650 (JPC)

NOTICE OF APPEARANCE

The undersigned hereby appears on behalf of the defendant in the above-entitled action.

Dated: New York, New York
       December 11, 2023

                                      DAMIAN WILLIAMS
                                      United States Attorney for the
                                      Southern District of New York

            By:      /s/ Joseph A. Pantoja
                     JOSEPH A. PANTOJA
                     Assistant United States Attorney
                     86 Chambers Street, 3rd Floor
                     New York, New York 10007
                     Tel.:  212.637.2785
                     Fax:  212.637.2750
                     Email: joseph.pantoja@usdoj.gov