

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

December 11, 2023

**<u>VIA ECF</u>**

The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: *Reclaim the Records, et ano., v. U.S. Dep't of State,* 23-cv-01650 (JPC)

Dear Judge Cronan:

  This Office represents the U.S. Department of State (the "Government" or "State Department") in the above-referenced action brought under the Freedom of Information Act. We write to respectfully request a 45-day extension of the current briefing schedule for the Government's motion for summary judgment.

  The undersigned will be handling the defense of this matter while AUSA Salk is on parental leave. The reason for this request is that the State Department needs additional time to put together its materials in support of its motion, particularly in light of the highly technical nature of the issues presented by a database that will need to be addressed. The extension is also requested because of the upcoming holiday and vacation schedules of the undersigned and at the agency. The Government therefore proposes extending the briefing schedule as follows:

- Deadline for the Government's motion for summary judgment extended from December 18, 2023, to February 1, 2024;
- Deadline for Plaintiffs' opposition to the Government's motion extended from January 29, 2024, to March 14, 2024; and
- Deadline for the Government's reply to Plaintiff's opposition extended from February 26, 2024, to April 12, 2024.

  This is the Government's second request for an extension of the summary judgment briefing schedule. Plaintiffs consent to the Government's request.

We thank the Court for its consideration of this letter.

        Respectfully,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

        By:    /s/ *Joseph A. Pantoja*
        JOSEPH A. PANTOJA
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Tel.: (212) 637-2614
        Joseph.Pantoja@usdoj.gov

The request is granted. The deadline for the Government's motion for summary judgment is extended from December 18, 2023, to February 1, 2024; the deadline for Plaintiffs' opposition is extended from January 29, 2024, to March 14, 2024; and the deadline for the Government's reply is extended from February 26, 2024, to April 12, 2024.

SO ORDERED.
December 14, 2023
New York, New York

        _____
        JOHN P. CRONAN
        United States District Judge