UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

RECLAIM THE RECORDS, *et al.*,

                Plaintiffs,

-against-   No. 1:23-cv-01650 (JPC)

UNITED STATES DEPARTMENT OF STATE,

                Defendant.

-------------------------------------------------------------------- X

PLEASE TAKE NOTICE that, upon the annexed declaration, Katherine Adams will respectfully move this Court, at Danial Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, on a day and time to be determined by the Court, for leave to withdraw as plaintiffs' counsel in the above-captioned matter.

Dated: New York, New York
       December 22, 2023

                                                 Katherine Adams
                                                 Beldock Levine & Hoffman LLP
                                                 99 Park Ave., PH/26th Floor
                                                 New York, NY 10016
                                                 (212) 277-5824

The request is granted.  The Clerk of Court is respectfully directed to terminate Katherine Adams as counsel in this case.

SO ORDERED
December 29, 2023
New York, New York

                                          JOHN P. CRONAN
                                    United States District Judge