| | |
|---|---|
| **From:** | Alec Ferretti <​███████████.com> |
| **Sent:** | Monday, June 28, 2021 9:16 PM |
| **To:** | FOIArequest |
| **Subject:** | FOIA Request |

Pursuant to FOIA, I hereby request an extract of all information for deceased passport holders maintained in the passport database.  This database starts in 1978, and runs through the present.  While information on living passport holders may not be disclosed under FOIA, the policy of the Department is to consider all individuals deceased 100 years after their date of birth.  Thus, to the extent that you are not able actively segregate deceased passport holders, please extract data for all people whose date of birth is on or before June 28, 1920 or the date of processing of this request, whichever is later.  I request this data to be sent to me electronically.

Thank you.

--
Alec Ferretti