

United States Department of State

Washington, D.C. 20520

January 30, 2024

Case No. F-2021-07839

Mr. Alex Ferretti



Dear Mr. Ferretti:

This letter is in response to your request dated June 28, 2021, regarding the release of certain Department of State ("Department") material under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The Department of State ("Department") has located no responsive records subject to the FOIA.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or not exist. To the extent another agency asserts that it can neither confirm nor deny the existence of certain records the Department of State will similarly take the position that it neither confirms nor denies the existence of those records.

This concludes the processing of your request. If you have any questions, your attorney may contact Assistant United States Attorney Joseph Pantoja, Assistant U.S. Attorney, at joseph.pantoja@usdoj.gov. Please refer to the

case number, F-2021-07839, and the civil action number, 23-cv-01650, in all correspondence about this case.

    Sincerely,

    *Sonia Pryce*

    Sonia Pryce
    Branch Chief, Litigation and Appeals Branch
    Office of Information Programs and Services