**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

RECLAIM THE RECORDS and ALEC FERRETTI,

                      Plaintiffs,

- against -

UNITED STATES DEPARTMENT OF STATE,

                      Defendant.

No. 23-CV-1650

**DECLARATION OF DAVID B. RANKIN IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT**

---

      I, David B. Rankin, an attorney duly licensed to practice law in this Court, pursuant to 28 U.S.C. § 1746, do hereby declare under penalties of perjury:

    1.    I am a partner at Beldock Levine & Hoffman LLP, attorneys for Plaintiffs and am well-familiar with the facts of this case. I submit this declaration in opposition to Defendant's Motion for Summary Judgment and in support of Plaintiffs' Cross-Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56.

    2.    Annexed hereto are true and accurate copies of the following exhibits:

       a.    Exhibit A: Plaintiff's FOIA request to the Department of State dated June 28, 2021.

       b.    Exhibit B: Defendant's letter acknowledging Plaintiff's request dated April 3, 2023.

       c.    Exhibit C: Privacy Impact Assessment, Passport Information Electronic Records System (PIERS), dated 10/2020, *downloaded from* https://www.state.gov/wp-content/uploads/2020/11/Passport-Information-Electronic-Records-System-PIERS-PIA.pdf (last accessed March 27, 2024).

Dated:  March 28, 2024
        New York, New York

                                    Respectfully submitted,

                                    BELDOCK LEVINE & HOFFMAN, LLP
                                    99 Park Avenue, PH/26th Floor
                                    New York, New York 10016
                                    *Attorneys for Plaintiff*

                             By:_____
                                    David B. Rankin
                                    t: 212-277-5825
                                    e: drankin@blhny.com