

**United States Department of State**

*Washington, D.C. 20520*

April 3, 2023

FOIA CASE No.: F-2021-07839

Alec Ferretti

████ ███ ████
████
New York, New York 10016
Email: ████████████

Dear Mr. Ferretti:

This letter is to acknowledge receipt of your request dated June 28, 2021, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, to the Department of State, in which you requested an extract of all information for deceased passport holders maintained in the passport database.

The office of Information Programs and Services (IPS) received your FOIA request on June 28, 2021, and assigned it the tracking number that is provided at the top of this letter. Please refer to this tracking number in all future communication concerning your request.

The processing of your request is ongoing. Because your request is now in litigation, if you have any questions, your attorney may contact Assistant U.S Attorney Rebecca Salk at (212) 637-2614 or Rebecca.salk@usdoj.gov.  Please be sure to refer to the case number, F-2021-07839, and the civil action number, 1:23-cv-01650, in any correspondence regarding this case.

Sincerely,

Diamonece Hickson
Chief, Litigation and Appeals Branch
Office of Information Programs and Services