

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 10, 2024

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

The request is granted.  The Government may reply by June 27, 2024.  No further extensions will be granted.

SO ORDERED
May 14, 2024
New York, New York

JOHN P. CRONAN
United States District Judge

Re:   *Reclaim the Records, et ano., v. U.S. Dep't of State,* 23 Civ. 1650 (JPC)

Dear Judge Cronan:

    This Office represents the United States Department of State (the "Government") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522. On behalf of the Government, I write respectfully to request a 45-day extension of the May 13, 2024 deadline for the Government to file its reply papers in further support of its motion for summary judgment, to June 27, 2024.

    This is the first request by the Government for an extension for its reply papers, but the Court previously granted several extensions to the parties. The extension is necessary because the Government needs more time to arrange for a declaration from an agency contractor to respond to the technical points raised by the declaration of Mr. Schnell, which accompanied Plaintiffs' opposition. In addition, the Government intends to submit a supplemental declaration from Ms. Regina Ballard to address the parties' declarations/arguments, but she will be away the end of this month. Plaintiffs consent to the requested extension.

    We thank the Court for its consideration of this letter.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   *s/ Joseph A. Pantoja*
    JOSEPH A. PANTOJA
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone: (212) 637-2785
    E-mail: joseph.pantoja@usdoj.gov
    *Attorney for Defendants*

cc:  Counsel of record (via ECF)