# BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
  (JUSTICE NYS SUPREME COURT, RET)
FRANK HANDELMAN

REF: 8289.092

WRITER'S DIRECT CONTACT:
646-496-2353
ben.meyers.esq@proton.me

August 12, 2024

**VIA ECF**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

  Re: *Reclaim the Records and Alec Ferretti v. United States Department of State,*
     No. 23 Civ. 1650 (JPC)

Your Honor:

  I am of counsel to Plaintiffs in the above-referenced action, brought pursuant to the Freedom of Information Act ("FOIA") following Defendant's failure to respond to Plaintiffs' FOIA request seeking a copy of passport records held by the State Department.

  I write with the consent of the Defendant to respectfully request permission to file our reply memorandum of law on our cross-motion for summary judgment. Defendant filed their opposition papers on June 27, 2024. On that date, I was mid-way through an unanticipated weeklong hospitalization, from which I required several weeks of recovery and recuperation time. I have now returned to work and have finalized the reply memorandum, and am attaching it herewith for the Court's review and hopeful acceptance.

  I thank the court for its consideration of this matter.

**BELDOCK LEVINE & HOFFMAN LLP**

Hon. John P. Cronan
August 12, 2024
Page 2

                                          Respectfully submitted,

                                          **/s/ Benjamin Meyers**
                                          Benjamin Meyers

cc: Defendant's counsel (by ECF)