**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RECLAIM THE RECORDS and ALEC FERRETTI,

                Plaintiffs,

-against-                            23 **CIVIL** 1650 (JPC)

**JUDGMENT**

UNITED STATES DEPARTMENT OF STATE,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 9, 2024, Defendant's motion for summary judgment is granted and Plaintiffs' motion for summary judgment is denied; accordingly, the case is closed.

**Dated:**  New York, New York

       September 9, 2024

                                          **DANIEL ORTIZ**
                                       **Acting Clerk of Court**

                       **BY:**      *K. Mango*
                                            **Deputy Clerk**