UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RECLAIM THE RECORDS and
ALEC FERRETTI,

               Plaintiffs,                      **23-cv-01650**

        -against-                     NOTICE OF APPEAL

UNITED STATES DEPARTMENT OF
STATE,

               Defendant.
-----------------------------------------------------------x

      Notice is hereby given that RECLAIM THE RECORDS and ALEC FERRETTI, Plaintiffs in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order dismissing this action, entered on the 9th day of September 2024.

                          Dated: October 9, 2024
                              New York, New York

                         /s/ David B. Rankin

                         David B. Rankin, Esq.
                         *Counsel for Plaintiffs*

                         Beldock, Levine & Hoffman, LLP
                         99 Park Avenue, PH/26th Floor
                         New York, NY 10016
                         Tel.: 212-277-5825
                         Email: drankin@blhny.com